Pierce Gore Law Firm, PC

315 Montgomery Street, 10th Floor

San Francisco, CA  94104

Phone Number: 408-806-4600

E-mail Address: piercegore@gmail.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD P. LAKE | Case Number: 3:23-cv-06114-AGT |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE** |
| vs. | |
| ROWDY BEVERAGE, INC | |
| Defendant. | Hon. ALEX G. TSE |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am counsel for the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss this entire case.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: 1/26/24        Sign Name: *Ben F. Pierce Gore*

Print Name: Ben  F. Pierce Gore

NOTICE OF VOLUNTARY DISMISSAL
Case No. 3:23-cv-06114-AGT

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. **Case Name:** GERALD P LAKE   v.   ROWDY BEVERAGE, INC.

2. **Case Number:** 3:23-CV-06114-AGT

3. **What documents were served?**

   Notice of Voluntary Dismissal

4. **How was the document served?** *[check one]*

   [X] Placed in U.S. Mail

   [ ] Hand-delivered

   [ ] Sent for delivery (e.g., FedEx, UPS)

   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Rowdy Beverage, Inc.

   10531 4S Commons Dr., Suite 166-559

   San Diego, CA  91272

6. **When were the documents sent?** 1/26/24

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *Ben F. Pierce Gore*

   Name: Ben F. Pierce Gore

   Address: 315 Montgomery Street, 10th Floor

   San Francisco, CA  94104

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*